# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JEFFREY LEE THOMPSON** d/b/a **DRI PRO RESTORATION,** a/a/o
**VAIL** and **NORMAN GATES,**
Appellant,

v.

**FEDERATED NATIONAL INSURANCE COMPANY,**
Appellee.

No. 4D16-3972

[August 17, 2017]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. 16-005293 CACE.

Gray R. Proctor of Fox & Loquasto, P.A., Richmond, Virginia; and Margaret Garner of Cohen Grossman, Maitland, for appellant.

Michelle L. Smith and Stephen W. Bazinsky of Bazinsky, Korman & Baker, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN and CIKLIN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***